ALLISON CROW (Bar No. 279078)
CROW LAW PC
1440 Broadway, Suite 725
Oakland, CA 94612
allison@crowlawpc.com
510-929-3173

Attorney for Plaintiff
Bradley Robertson

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| BRADLEY ROBERTSON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>COMPASS GROUP USA, INC.; COMPASS GROUP USA INVESTMENTS, INC.; UNIVERSITY FOOD SERVICES, INC., and UNIVERSITY FOOD SERVICES, LLC,<br><br>    Defendant. | Case No. 5:25-cv-05232-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING DISCOVERY AND DISPOSITIVE MOTION DEADLINES** AS MODIFIED BY THE COURT |

PARTIES' JOINT STIPULATION (L.R. 6-1, 6-2, 7-12)

Plaintiff and Defendant Compass Group USA, Inc. jointly request to modify the case management schedule to extend the fact discovery cutoff, dispositive motion deadlines, and expert discovery deadlines, and to reset the last day to complete ADR.

The proposed changes to the schedule would allow approximately twelve additional weeks of fact discovery which the parties agree is appropriate in light of the fact that three additional defendants have been named in the recently filed First Amended Complaint (ECF 34, 3/16/26). Plaintiff is in the process of completing service on the three additional defendants. Crow Decl. ¶ 3.

The proposed scheduling changes will maintain the same sequence set in the Court's initial case management order, such that fact discovery will be completed before dispositive motions are heard, after which expert discovery will be completed. ~~The proposed scheduling changes will not affect the dates of trial or the pre-trial conference.~~ Crow Decl. ¶¶ 4, 8.

The proposed extended dates are in the far-right column below:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| L/D to complete ADR | Aug. 7, 2026 | **Aug. 31, 2026** |
| Fact Discovery Cutoff | July 31, 2026 | **Oct. 23, 2026** |
| L/D to file dispositive motions (including MSJ) | Aug. 18, 2026 | **Oct. 27, 2026** |
| Oppo Due | Sept. 1, 2026 | **Nov. 10, 2026** |
| Reply Due | Sept. 8, 2026 | **Nov. 17, 2026** |
| MSJ Hearing | Sept. 22, 2026 | **Dec. 1, 2026** |
| Expert Disclosures | Nov. 6, 2026 | **Dec. 4, 2026** |
| Expert Rebuttal Disclosures Due | Nov. 25, 2026 | **Dec. 16, 2026** |
| Expert discovery close | Dec. 18, 2026 | **Jan. 6, 2027** |
| Pretrial Conference | Feb. 4, 2027 | **March 25, 2027 - pretrial filings due March 4 and March 11, 2027** |
| Jury trial | Feb. 16, 2027 | **April 5, 2027** |

1

The Parties agree that the requested extensions are appropriate and necessary, that these scheduling modifications will further the interests of justice and efficient allocation of the resources of the Parties and the Court, and will not delay or impact other deadlines or events in the case not listed above.  Crow Decl. ¶ 8.

The extension requested is the second time modification requested or made in this action. The Court previously granted one stipulated extension of the deadline to amend the pleadings. (ECF 28, 2/10/26).  Crow Decl. ¶ 7.

The Parties therefore STIPULATE and request that the Court order:

1.  The last day to complete ADR is extended from Aug. 7, 2026 to Aug. 31, 2026.

2.  The fact discovery cutoff is extended from July 31, 2026 to Oct. 23, 2026.

3.  The dispositive motion hearing previously set for Sept. 22, 2026 is vacated.  A dispositive motion hearing is set for Tues., Dec. 1, 2026 at 10:00 a.m.

4.  Dispositive motions, including motions for summary judgment, must be filed no later than Oct. 27, 2026.  Oppositions are due Nov. 10, 2026.  Replies are due Nov. 17, 2026.

5.  The deadline for service of expert disclosures pursuant to Fed. R. Civ. Proc. 26(a)(2) is extended from Nov. 6, 2026 to Dec. 4, 2026.

6.  The deadline for expert rebuttal disclosures is extended from Nov. 25, 2026 to Dec. 16, 2026.

7.  The expert discovery cut-off is extended from Dec. 18, 2026 to Jan. 6, 2027.

IT IS SO STIPULATED.

Dated: March 24, 2026                    /s/    Allison Crow
                                         Allison Crow
                                         CROW LAW PC
                                         Attorney for Plaintiff Bradley Robertson

Dated: March 24, 2026                    /s/ Lonnie D. Giamela
                                         Lonnie D. Giamela
                                         FISHER & PHILLIPS LLP
                                         Attorneys for Defendant Compass Group USA, Inc.

SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing of the document.

Dated: March 24, 2026

/s/    Allison Crow
Allison Crow
CROW LAW PC
Attorney for Plaintiff Bradley Robertson

**[PROPOSED] ORDER**

as modified above

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 26, 2026

Hon. Susan van Keulen
Magistrate Judge

3