ALLISON CROW (Bar No. 279078)
CROW LAW PC
1440 Broadway, Suite 725
Oakland, CA 94612
allison@crowlawpc.com
510-929-3173

Attorney for Plaintiff
Bradley Robertson

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BRADLEY ROBERTSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC.; COMPASS GROUP USA INVESTMENTS, INC.; UNIVERSITY FOOD SERVICES, INC., and UNIVERSITY FOOD SERVICES, LLC,<br><br>Defendant. | Case No. 5:25-cv-05232-SVK<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING FACT DISCOVERY FOR COMPLETION OF RULE 30(B)(6) DEPOSITION**<br><br>Complaint Filed: June 20, 2025<br>Trial Date: April 5, 2027 |

**PARTIES' JOINT STIPULATION (L.R. 6-1, 6-2, 7-12)**

After the October 15, 2026 further CMC, the Court ordered the Parties to file a stipulation addressing any requested extension of the fact discovery cutoff for the completion of the 30(b)(6) deposition of Defendant:

> **Parties agree that fact discovery cutoff will need to be extended to accommodate the Rule 30(b)(6) deposition of Defendant. Parties to meet and confer and file a stipulated proposed schedule for the 30(b)(6) deposition by October 23, 2026.**

(Dkt 64.) This Joint Stipulation is submitted to comply with the Court's Oct. 15, 2026 Order.

The Parties still believe a modest fact discovery extension is necessary to complete the 30(b)(6) deposition. They have been working together to coordinate the designation of several witnesses. Two witnesses testified regarding some 30(b)(6) topics, and the Parties met and conferred afterwards to further narrow the topics needed from remaining corporate designees. (*See* Allison Crow Decl. filed herewith, ¶ 4.)

The Parties agree that they will need until November 9, 2026 to schedule the remaining witnesses for deposition, based on availability of the witnesses and counsel. (Crow Decl. ¶¶ 4, 6.) The Parties therefore request that the Court order such an extension as contemplated at the October 15, 2026 further CMC. (Dkt. 64.)

**Plaintiff and all Defendants thus STIPULATE and request that the Court issue an order** confirming the following schedule for completion of the Rule 30(b)(6) deposition of Defendant Compass Group USA, Inc.:

1. Witnesses designated by Defendant to testify pursuant to Rule 30(b)(6) shall be made available by Defendant on one or more dates that are mutually agreeable to the Parties on or before November 9, 2026.
2. The fact discovery cutoff is extended to November 9, 2026 for the purpose of completing the Rule 30(b)(6) deposition of Defendant.
3. The deadline for submitting discovery disputes to the Court related to the 30(b)(6) motion

of Defendant is extended to November 12, 2026.

4. No other dates are modified by this Stipulation.

IT IS SO STIPULATED.

Dated: October 23, 2026

*/s/ Allison Crow*
Allison Crow
CROW LAW PC
Attorney for Plaintiff Bradley Robertson

Dated: October 23, 2026

*/s/ Lonnie D. Giamela*
Lonnie D. Giamela
FISHER & PHILLIPS LLP
Attorneys for Defendant Compass Group USA, Inc.; Compass Group USA Investments, Inc.; University Food Services, Inc.; and University Food Services, LLC

SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing of the document.

Dated: October 23, 2026

*/s/ Allison Crow*
Allison Crow
CROW LAW PC
Attorney for Plaintiff Bradley Robertson

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 23, 2026

Hon. Susan van Keulen
Magistrate Judge